# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**RANDALL D. ROBERTS**                                                                **PLAINTIFF**

V.                NO. 4:18CV00826 BRW-JTR

**ANDREW SAUL,**
**Commissioner of Social Security Administration**                  **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. Judgment is entered in favor of the Commissioner.

DATED this 3rd day of January, 2020.

                                                    BILLY ROY WILSON
                                       UNITED STATES DISTRICT JUDGE